# IN THE SUPREME COURT OF THE STATE OF NEVADA

GERALDINE TRICE,
                Appellant,
      vs.
ALLIED COLLECTION SERVICES,
INC.,
                Respondent.

No. 78817

**FILED**

JUN 2 1 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Review of the notice of appeal and documents before this court reveals jurisdictional defects. The district court docket entries do not indicate that any appealable order has been entered in this matter. Neither an unsigned minute order nor a form order to statistically close a case is appealable. *State, Div. of Child and Family Serv's v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004) ("[D]ispositional court orders that are not administrative in nature, but deal with the procedural posture or merits of the underlying controversy, must be written, signed, and filed before they become effective"); *Brown v. MHC Stagecoach, LLC*, 129 Nev. 343, 301 P.3d 850 (2013). And no appeal is permitted from a district court order resolving an appeal from a justice court order. *See* Nev. Const. art 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360

19-26842

(1969) (the district courts have final appellate jurisdiction over cases arising in justice court). Accordingly, this court lacks jurisdiction and ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:   Hon. Eric Johnson, District Judge
       Geraldine Trice
       Eighth District Court Clerk